

FILED
CLERK, U.S. DISTRICT COURT
MAY 8 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kibby Andre West, Jr.<br><br>　　　　Defendant. | Case No.: 10-~~B~~ 170-ODW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of CA** for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓)　The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **absence of verified information, lack of**

1 | _info re bail - nature of allegations_
2 |
3 |
4 | and/or
5 | B.   (✓) The defendant has not met his/~~her~~ burden of establishing by
6 | clear and convincing evidence that he/~~she~~ is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: _nature of allegations_
10 |
11 |
12 |
13 |
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: _May 8, 2012_
18 |
19 | _[signature]_
20 | CARLA M. WOEHRLE
21 | UNITES STATES MAGISTRATE JUDGE